United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| NICOLE MALBROUGH, § § Plaintiff, § VS. § JASON DEON HOLMES, *et al*, § § Defendants. § | Civil Action No. 3:17-CV-283 |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion and order entering findings of fact and conclusions of law, Dkt. 120, the court dismisses this case with prejudice and orders that the plaintiff, Nicole Malbrough, take nothing by way of this action.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 22nd day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE